**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

IN RE:                           Case No. _____

WBY, INC. _____ Chapter **11** _____
              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 1, 2016** _____ Signature: *__/s/ Surrey R. White__* _____
                                  **Surrey R. White, CEO/President**        Debtor

Date: _____ Signature: _____
                                                    Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
AAA-American Arbitration Association
2200 Century Pkwy NE Ste 300
Atlanta, GA  30345-3126


Alicia Correra
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Allison J. Colin
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Amber Jefferson
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Amy Dexa
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Andrea Howard
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400
```

Andrea Ingram
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Andrea Williams
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Angie Lance
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Arturo Garcia
c/o Michael Carroll, Esq. Satellite Cour
2250 Satellite Blvd Ste 205
Duluth, GA  30097-4918


Ashley Briscoe
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Atlanta District Office
100 Alabama St SW Ste 4R30
Atlanta, GA  30303-8704

```
Atlanta District Office
Atlanta District Ofice
100 Alabama St SW Ste 4R30
Atlanta, GA  30303-8704


Autumn Mullins
507 Arbour Way
Suwanee, GA  30024-3192


Blanca Brunetti
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Blance Turner
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Brandi Williams
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Brezzy Hurst
PO Box 6291
Douglasville, GA  30154-0022
```

```
C. Gary Evans
10072 Fitzgerald Rd
Jonesboro, GA  30238-6447


Charles Ronald Bridgers
101 Marietta St NW # 3100
Atlanta, GA  30303-2731


Christa Small
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Christina Goodwin
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Clara N. Kirksey
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Collins Channing
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400
```

Cristina Kellogg
c/o Mays & Kerr
235 Peachtree St NE Ste
Atlanta, GA  30303-1401


Danielle Layssard
4614 Noah Overlook W
Acworth, GA  30101-6851


Deresa Haydon
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


DeShaun Bennett
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Elizabeth Harris
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Ford & Harrison LLP
217 17th St NW Ste 1900
Atlanta, GA  30363-1017

Georgia Department Of Revenue
P.O. Box 740387
Atlanta, GA  30374-0387


Georgia Department Of Revenue
P.O. Box 740317 Sales & Use Tax Division
Atlanta, GA  30374-0235


Gina L. Granat
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Internal Revenue Service
401 West Peachtree Raod, MS 334-D
Insolvency Unit
Atlanta, GA  30308-0000


IPFS Corporation
PO Box 730223
Dallas, TX  75373-0223


Iyonn Patillo
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Janee Williams
4075 Buford Hwy NE
Atlanta, GA  30345-1667

Jasmine Brodie
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Joanne Ginoris
903 Cobblestone Blvd
Fayetteville, GA  30215-6818


Jocelyn Glen
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Josenia Molina
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Joy Richardson
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Kesha Johnson
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400

Kierra Rose
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Kristin Journigan
5111 Brookwood Valley Cir NE
Atlanta, GA  30309-1454


Lakesha Watkins
2772 Parkway Cv
Lithonia, GA  30058-4656


Laura Rodgers
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Lauren Buck
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Lekeshia McNulty
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400

Lydia Parvanta
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Lynetha Davison
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Lynne Warnicke
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Marcie Huggard
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Marian DeJesus
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400

```
Mays & Kerr, LLC
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Moseka Nhya Edjidjimo
710 Peachtree St NE Apt 910
Atlanta, GA  30308-1222


Muhammadar Amenna Reddick
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Nicholas Ramirez
c/o Richard T. Taylor
3025 Piedmont Rd NE Ste 310
Atlanta, GA  30305-2635


Nichols Kaster, PLLP
4600 IDS Ctr # 80S
Minneapolis, MN  55402


Nichols Kaster, PLLP-MN
80 S 8th Street 4600 IDS Ctr
Minneapolis, MN  55402


Nichols Kaster, PLLP-MN
80 S 8th Street 4600 IDS Ctr
Minnieapolis, MN  55402
```

```
Quanna Clinkscale
4545 Big B Rd
Douglasville, GA  30134-2502


Romane Kimberly Bisnott
1955 Bells Ferry Rd Apt 228
Marietta, GA  30066-6200


Sara Asenjo
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Shandida Sampson
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Shiekka Hereford
1291 Oakland Ter SW
Atlanta, GA  30310-3951


Simone McCoy
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400
```

```
Siria Hickman
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Soraya Barker
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Story Dean
c/o Mays and Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Syreeta Ballard
258 Reeves Creek Way
Jonesboro, GA  30236-4234


Tara Allen
c/o May & Kerr, LLC
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Tara Lester
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400
```

```
Tasnesha Dedior
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Tiffany Donahue
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Tiffiny Jones
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Tonisha Baker
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Tricia Brittain
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Tulethia Hambrick
1884 Wee Kirk Rd SE
Atlanta, GA  30316-4436
```

```
Whitney K. Miller
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Whitney Lancaster
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA  30303-1400


Xica Brewer
PO Box 930690
Norcross, GA  30003-0690


Yu Guo
15383 NW Wooded Way
Beaverton, OR  97006-7803
```

B201B (Form 201B)(12/09)

## United States Bankruptcy Court
### Northern District of Georgia, Atlanta Division

IN RE:

Case No. _____

_____    Chapter **11** _____

**WBY, INC.**

Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

_____

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**WBY, INC.** _____

Printed Name(s) of Debtor(s)

**X** *_/s/ Surrey R. White_*                    2/01/2016

Signature of Debtor                                    Date

Case No. (if known) _____

**X** _____

Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WBY, INC.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **58-1936092** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4075 Buford Highway Atlanta, GA  30345** | **260 Peachtree St NW Ste 401 Atlanta, GA 30303-1253** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DeKalb** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: |

Debtor   **WBY, INC.**                                                                    Case number (*if known*)
     Name

---

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
    _____

---

**8.**   **Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

---

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | | Relationship to you | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

---

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | **WBY, INC.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **WBY, INC.**

Name                                                                          Case number (*if known*) _____

---

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 1, 2016**
                MM / DD / YYYY

X **/s/ Surrey R. White**                              **Surrey R. White**
Signature of authorized representative of debtor        Printed name

Title    **CEO/President**

---

**18. Signature of attorney**

X **/s/ Edward F. Danowitz**                    Date **February 1, 2016**
Signature of attorney for debtor                     MM / DD / YYYY

**Edward F. Danowitz**
Printed name

**Danowitz & Associates, PC**
Firm name

**300 Galleria Pkwy SE Ste 960**
**Atlanta, GA 30339-5949**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    **edanowitz@danowitzlegal.com**

_____
Bar number and State

---

---

**Fill in this information to identify the case:**

Debtor name      **WBY, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

---

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*.......................................................................... $      **0.00**

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*........................................................................ $      **407,026.36**

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*.......................................................................... $      **407,026.36**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................. $      **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................... $      **0.00**

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................................. +$      **206,020.00**

4.  Total liabilities ......................................................................................................
Lines 2 + 3a + 3b

$      **206,020.00**

---

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **WBY, INC.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| C. Gary Evans 10072 Fitzgerald Rd Jonesboro, GA 30238-6447 | | | Unliquidated | | | $96,000.00 |
| Yu Guo 15383 NW Wooded Way Beaverton, OR 97006-7803 | | | | | | $50,000.00 |
| Nicholas Ramirez c/o Richard T. Taylor 3025 Piedmont Rd NE Ste 310 Atlanta, GA 30305-2635 | | | Contingent Unliquidated Disputed | | | $20,000.00 |
| Arturo Garcia c/o Michael Carroll, Esq. Satellite Cour 2250 Satellite Blvd Ste 205 Duluth, GA 30097-4918 | | | Contingent Unliquidated Disputed | | | $20,000.00 |
| AAA-American Arbitration Association 2200 Century Pkwy NE Ste 300 Atlanta, GA 30345-3126 | | | Disputed | | | $19,380.00 |
| Tara Allen c/o May & Kerr, LLC 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400 | | | Contingent Unliquidated Disputed | | | $10.00 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | WBY, INC. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lakesha Watkins 2772 Parkway Cv Lithonia, GA 30058-4656** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Joy Richardson c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Simone McCoy c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Shiekka Hereford 1291 Oakland Ter SW Atlanta, GA 30310-3951** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Andrea Howard c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Amber Jefferson c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Shandida Sampson c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Tasnesha Dedior c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Lekeshia McNulty c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **WBY, INC.** _____        Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tricia Brittain c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Lydia Parvanta c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Allison J. Colin c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Marcie Huggard c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |
| **Amy Dexa c/o Mays & Kerr 235 Peachtree St NE Ste 202 Atlanta, GA 30303-1400** | | | **Contingent Unliquidated Disputed** | | | **$10.00** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **WBY, INC.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand** — $114,600.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1.. **Bank of America** | **Checking** | | $292,426.36 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $407,026.36

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1.. **Security deposits for utilities and for GA Dept of Revenue** | $62,790.72 |
   |---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **WBY, INC.**
Name

Case number *(If known)* _____

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $62,790.72 |

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    Raw materials | | | | |
| 20.    Work in progress | | | | |
| 21.    Finished goods, including goods held for resale<br>Liquor, food, food services supplies, | 1/31/2016 | $34,146.16 | | $34,146.16 |
| 22.    Other inventory or supplies | | | | |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $34,146.16 |

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **WBY, INC.**                                                Case number *(If known)* _____
      Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Chairs, tables, bar stools, lockers, dressing room stools** | $3,000.00 | | $3,000.00 |
| 40. **Office fixtures** **refrigerators, coolers, stoves, grills,** | $5,000.00 | | $5,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers, Desks, Bookcase, printer file cabinet** | $1,300.00 | | $1,300.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                            | $9,300.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **WBY, INC.**                                          Case number *(If known)* _____
　　　　　　Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.　**Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.　**Internet domain names and websites** | | | |
| 62.　**Licenses, franchises, and royalties**<br>**Business license** | **$1,500.00** | | **$1,500.00** |
| 63.　**Customer lists, mailing lists, or other compilations** | | | |
| 64.　**Other intangibles, or intellectual property** | | | |
| 65.　**Goodwill** | | | |

66.　**Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$1,500.00** |

67.　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
　　　■ No
　　　☐ Yes

68.　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　■ No
　　　☐ Yes

69.　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No.  Go to Part 12.
　　■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.　**Notes receivable**<br>Description (include name of obligor) | |
| 72.　**Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.　**Interests in insurance policies or annuities** | |
| 74.　**Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Claims against DeKalb County, Georgia arising under 41 U.S.C. 1983** | **unknown** |
| 　　　Nature of claim　**Legal Action** | |
| 　　　Amount requested　　　　　　**$0.00** | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **WBY, INC.**                                          Case number *(If known)* _____
          Name

**Legal Malpractice Claim against Ford & Harrison, LLP**                                    **unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **WBY, INC.**
    Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $407,026.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $62,790.72 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $34,146.16 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,300.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $514,763.24 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $514,763.24 |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name        **WBY, INC.**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **WBY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Georgia Department Of Revenue**<br><br>**P.O. Box 740387**<br>**Atlanta, GA 30374-0387** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**941 Taxes, January 2016** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Georgia Department Of Revenue**<br><br>**P.O. Box 740317 Sales & Use Tax Division**<br>**Atlanta, GA 30374-0235** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **unknown** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Taxes, January 2016** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim:<br>11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com                    12345

| Debtor | WBY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**401 West Peachtree Raod, MS 334-D**
**Insolvency Unit**
**Atlanta, GA 30308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
**Withholdint taxes, January 2016**

Last 4 digits of account number
**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

<table>
<tr><td colspan="2">Part 2:   List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,380.00** |
|---|---|---|---|

**AAA-American Arbitration Association**

**2200 Century Pkwy NE Ste 300**
**Atlanta, GA 30345-3126**

As of the petition filing date, the claim is:
*Check that all apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**Arbitration fees**

Date or dates debt was incurred    **2014-2015**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **5109**

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Alicia Correra**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Allison J. Colin**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

Debtor   **WBY, INC.**
_____
Name                                                    Case number (if known) _____

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**Amber Jefferson**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**Amy Dexa**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**Andrea Howard**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**Andrea Ingram**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred   _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   _____

---

Debtor   **WBY, INC.**
_____
Name

Case number (if known) _____

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** |

**Andrea Williams**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** |

**Angie Lance**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,000.00** |

**Arturo Garcia**
**c/o Michael Carroll, Esq. Satellite Cour**
**2250 Satellite Blvd Ste 205**
**Duluth, GA 30097-4918**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for personal injury**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** |

**Ashley Briscoe**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **WBY, INC.**
_____    Case number (if known) _____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|---|

**Autumn Mullins**

**507 Arbour Way**
**Suwanee, GA 30024-3192**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**EEOC Claim**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Blanca Brunetti**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Blance Turner**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Brandi Williams**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor _____WBY, INC._____    Case number (if known) _____
      Name

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**3.16**

Nonpriority creditor's name and mailing address

**Brezzy Hurst**

**PO Box 6291**
**Douglasville, GA 30154-0022**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$10.00**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.17**

Nonpriority creditor's name and mailing address

**C. Gary Evans**

**10072 Fitzgerald Rd**
**Jonesboro, GA 30238-6447**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$96,000.00**
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Uncashed rent checks**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.18**

Nonpriority creditor's name and mailing address

**Christa Small**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$10.00**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

**3.19**

Nonpriority creditor's name and mailing address

**Christina Goodwin**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$10.00**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:
**Claim for Wages**

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **WBY, INC.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Clara N. Kirksey**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Collins Channing**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Cristina Kellogg**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste**
**Atlanta, GA 30303-1401**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | **$10.00** |

**Danielle Layssard**

**4614 Noah Overlook W**
**Acworth, GA 30101-6851**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **WBY, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**Deresa Haydon**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**DeShaun Bennett**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**Elizabeth Harris**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Ford & Harrison LLP**

**217 17th St NW Ste 1900**
**Atlanta, GA 30363-1017**

Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **WBY, INC.**    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$10.00**
*Check all that apply.*

**Gina L. Granat**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$10.00**
*Check all that apply.*

**Iyonn Patillo**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*

**Janee Williams**

**4075 Buford Hwy NE**
**Atlanta, GA 30345-1667**

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**EEOC Claim**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$10.00**
*Check all that apply.*

**Jasmine Brodie**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | WBY, INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.32** | Nonpriority creditor's name and mailing address

**Joanne Ginoris**

**903 Cobblestone Blvd**
**Fayetteville, GA 30215-6818**

As of the petition filing date, the claim is: **$10.00**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.33** | Nonpriority creditor's name and mailing address

**Jocelyn Glen**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is: **$10.00**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.34** | Nonpriority creditor's name and mailing address

**Josenia Molina**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is: **$10.00**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.35** | Nonpriority creditor's name and mailing address

**Joy Richardson**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is: **$10.00**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

Debtor   **WBY, INC.**
       Name                                                  Case number (if known)

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00**
--- | --- | --- | ---

**3.36**

**Nonpriority creditor's name and mailing address**
**Kesha Johnson**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**$10.00**

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Kierra Rose**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**$10.00**

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Kristin Journigan**

**5111 Brookwood Valley Cir NE**
**Atlanta, GA 30309-1454**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**$10.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Lakesha Watkins**

**2772 Parkway Cv**
**Lithonia, GA 30058-4656**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**$10.00**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **WBY, INC.**
_____
Name

Case number (if known) _____

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**Laura Rodgers**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.41 | Nonpriority creditor's name and mailing address | | $10.00 |
|---|---|---|---|

**Lauren Buck**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.42 | Nonpriority creditor's name and mailing address | | $10.00 |
|---|---|---|---|

**Lekeshia McNulty**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.43 | Nonpriority creditor's name and mailing address | | $10.00 |
|---|---|---|---|

**Lydia Parvanta**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **WBY, INC.**
Name

Case number *(if known)* _____

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00**

**Lynetha Davison**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00**

**Lynne Warnicke**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00**

**Marcie Huggard**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00**

**Marian DeJesus**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **WBY, INC.**
_____
Name

Case number (if known) _____

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|---|---|---|---|

**3.48**

**Nonpriority creditor's name and mailing address**

**Moseka Nhya Edjidjimo**

**710 Peachtree St NE Apt 910
Atlanta, GA 30308-1222**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$10.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Muhammadar Amenna Reddick
c/o Mays & Kerr
235 Peachtree St NE Ste 202
Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$10.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Nicholas Ramirez
c/o Richard T. Taylor
3025 Piedmont Rd NE Ste 310
Atlanta, GA 30305-2635**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for personal injury**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$20,000.00**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Quanna Clinkscale**

**4545 Big B Rd
Douglasville, GA 30134-2502**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$10.00**

---

Debtor    **WBY, INC.**
_____
Name    Case number (if known) _____

| | |
|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** |
| | **Romane Kimberly Bisnott** |
| | **1955 Bells Ferry Rd Apt 228** |
| | **Marietta, GA 30066-6200** |

As of the petition filing date, the claim is:    **$10.00**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** |
| | **Sara Asenjo** |
| | **c/o Mays & Kerr** |
| | **235 Peachtree St NE Ste 202** |
| | **Atlanta, GA 30303-1400** |

As of the petition filing date, the claim is:    **$10.00**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |
| | **Shandida Sampson** |
| | **c/o Mays & Kerr** |
| | **235 Peachtree St NE Ste 202** |
| | **Atlanta, GA 30303-1400** |

As of the petition filing date, the claim is:    **$10.00**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |
| | **Shiekka Hereford** |
| | **1291 Oakland Ter SW** |
| | **Atlanta, GA 30310-3951** |

As of the petition filing date, the claim is:    **$10.00**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **WBY, INC.**
_____
Name                                                            Case number (if known) _____

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Simone McCoy**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Siria Hickman**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Soraya Barker**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Story Dean**
**c/o Mays and Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **WBY, INC.**
_____
Name                                                    Case number (if known) _____

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 |
|------|---|---|---|

| 3.60 | **Nonpriority creditor's name and mailing address** |
|------|---|

**Syreeta Ballard**

**258 Reeves Creek Way**
**Jonesboro, GA 30236-4234**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

$10.00

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.61 | **Nonpriority creditor's name and mailing address** |

**Tara Allen**
**c/o May & Kerr, LLC**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

$10.00

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.62 | **Nonpriority creditor's name and mailing address** |

**Tara Lester**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

$10.00

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.63 | **Nonpriority creditor's name and mailing address** |

**Tasnesha Dedior**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
_Check all that apply._
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

$10.00

Date or dates debt was incurred    _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    _____

| Debtor | WBY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Tiffany Donahue**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Is the claim subject to offset?

■ No
☐ Yes

**$10.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Tiffany Jones**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Is the claim subject to offset?

■ No
☐ Yes

**$10.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Tonisha Baker**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Is the claim subject to offset?

■ No
☐ Yes

**$10.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Tricia Brittain**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Is the claim subject to offset?

■ No
☐ Yes

**$10.00**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **WBY, INC.**
_____
Name

Case number (if known) _____

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Tulethia Hambrick**

**1884 Wee Kirk Rd SE**
**Atlanta, GA 30316-4436**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Whitney K. Miller**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Whitney Lancaster**
**c/o Mays & Kerr**
**235 Peachtree St NE Ste 202**
**Atlanta, GA 30303-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10.00** |
|---|---|---|---|

**Xica Brewer**

**PO Box 930690**
**Norcross, GA 30003-0690**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**
**Claim for Wages**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **WBY, INC.**
_____    Case number (if known) _____
Name

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |

**Yu Guo**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**15383 NW Wooded Way**
**Beaverton, OR 97006-7803**

Basis for the claim:
**Money owing  past business deal**

Date or dates debt was incurred    _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atlanta District Office**<br>**100 Alabama St SW Ste 4R30**<br>**Atlanta, GA 30303-8704** | Line **3.12**<br>☐ Not listed. Explain | |
| 4.2 | **Atlanta District Office**<br>**Atlanta District Ofice**<br>**100 Alabama St SW Ste 4R30**<br>**Atlanta, GA 30303-8704** | Line **3.30**<br>☐ Not listed. Explain | |
| 4.3 | **Charles Ronald Bridgers**<br>**101 Marietta St NW # 3100**<br>**Atlanta, GA 30303-2731** | Line **3.16**<br>☐ Not listed. Explain | |
| 4.4 | **Mays & Kerr**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line **3.39**<br>☐ Not listed. Explain | |
| 4.5 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line **3.38**<br>☐ Not listed. Explain | |
| 4.6 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line **3.51**<br>☐ Not listed. Explain | |
| 4.7 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line **3.52**<br>☐ Not listed. Explain | |
| 4.8 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line **3.71**<br>☐ Not listed. Explain | |
| 4.9 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line **3.48**<br>☐ Not listed. Explain | |

Debtor    **WBY, INC.**
_____
Name

Case number (if known) _____

| 4.10 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line | **3.23**<br>☐ Not listed. Explain |
| 4.11 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line | **3.32**<br>☐ Not listed. Explain |
| 4.12 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line | **3.68**<br>☐ Not listed. Explain |
| 4.13 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line | **3.60**<br>☐ Not listed. Explain |
| 4.14 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line | **3.55**<br>☐ Not listed. Explain |
| 4.15 | **Mays & Kerr, LLC**<br>**235 Peachtree St NE Ste 202**<br>**Atlanta, GA 30303-1400** | Line | **3.10**<br>☐ Not listed. Explain |
| 4.16 | **Nichlas Kaster, PLLP-MN**<br>**80 S 8th Street 4600 IDS Ctr**<br>**Minneapolis, MN** | Line | **3.14**<br>☐ Not listed. Explain |
| 4.17 | **Nichlols Kaster, PLLP-MN**<br>**80 S 8th Street 4600 IDS Ctr**<br>**Minneapolis, MN** | Line | **3.45**<br>☐ Not listed. Explain |
| 4.18 | **Nichol Kaster. PLLP**<br>**80 S 8th Street 4600 IDS Center**<br>**Minneapolis, MN** | Line | **3.26**<br>☐ Not listed. Explain |
| 4.19 | **Nichols Kaster, PLLP**<br>**80 S. 8th Street 4600 IDS Center**<br>**Minneapolis, MN** | Line | **3.59**<br>☐ Not listed. Explain |
| 4.20 | **Nichols Kaster, PLLP**<br>**80 S 8th Street 4600 IDS Ctr**<br>**Minneapolis, MN** | Line | **3.70**<br>☐ Not listed. Explain |
| 4.21 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line | **3.19**<br>☐ Not listed. Explain |
| 4.22 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line | **3.22**<br>☐ Not listed. Explain |
| 4.23 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line | **3.62**<br>☐ Not listed. Explain |
| 4.24 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line | **3.52**<br>☐ Not listed. Explain |

| Debtor | WBY, INC. | Case number (if known) |
|--------|-----------|------------------------|
|        | Name      |                        |

| 4.25 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.36**<br>☐ Not listed. Explain |
| 4.26 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.2**<br>☐ Not listed. Explain |
| 4.27 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.20**<br>☐ Not listed. Explain |
| 4.28 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.71**<br>☐ Not listed. Explain |
| 4.29 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.48**<br>☐ Not listed. Explain |
| 4.30 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.57**<br>☐ Not listed. Explain |
| 4.31 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.37**<br>☐ Not listed. Explain |
| 4.32 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN 55402 | Line **3.21**<br>☐ Not listed. Explain |
| 4.33 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.65**<br>☐ Not listed. Explain |
| 4.34 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.23**<br>☐ Not listed. Explain |
| 4.35 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.32**<br>☐ Not listed. Explain |
| 4.36 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.24**<br>☐ Not listed. Explain |
| 4.37 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.34**<br>☐ Not listed. Explain |
| 4.38 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.53**<br>☐ Not listed. Explain |
| 4.39 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.25**<br>☐ Not listed. Explain |

| Debtor | **WBY, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 4.40 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.41**<br>☐  Not listed. Explain |
|---|---|---|
| 4.41 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.47**<br>☐  Not listed. Explain |
| 4.42 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.5**<br>☐  Not listed. Explain |
| 4.43 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.46**<br>☐  Not listed. Explain |
| 4.44 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.7**<br>☐  Not listed. Explain |
| 4.45 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.44**<br>☐  Not listed. Explain |
| 4.46 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.68**<br>☐  Not listed. Explain |
| 4.47 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.18**<br>☐  Not listed. Explain |
| 4.48 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.15**<br>☐  Not listed. Explain |
| 4.49 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.66**<br>☐  Not listed. Explain |
| 4.50 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.9**<br>☐  Not listed. Explain |
| 4.51 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.69**<br>☐  Not listed. Explain |
| 4.52 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.49**<br>☐  Not listed. Explain |
| 4.53 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.28**<br>☐  Not listed. Explain |
| 4.54 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.33**<br>☐  Not listed. Explain |

| Debtor | **WBY, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

| 4.55 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.40**<br>☐ Not listed. Explain |

| 4.56 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.60**<br>☐ Not listed. Explain |

| 4.57 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.29**<br>☐ Not listed. Explain |

| 4.58 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.58**<br>☐ Not listed. Explain |

| 4.59 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.31**<br>☐ Not listed. Explain |

| 4.60 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.8**<br>☐ Not listed. Explain |

| 4.61 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.3**<br>☐ Not listed. Explain |

| 4.62 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis,, MN** | Line **3.43**<br>☐ Not listed. Explain |

| 4.63 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.67**<br>☐ Not listed. Explain |

| 4.64 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.42**<br>☐ Not listed. Explain |

| 4.65 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.63**<br>☐ Not listed. Explain |

| 4.66 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.54**<br>☐ Not listed. Explain |

| 4.67 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.4**<br>☐ Not listed. Explain |

| 4.68 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN** | Line **3.6**<br>☐ Not listed. Explain |

| 4.69 | **Nichols Kaster, PLLP**<br>**4600 IDS Ctr # 80S**<br>**Minneapolis, MN 55402** | Line **3.55**<br>☐ Not listed. Explain |

| Debtor | WBY, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 4.70 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.56**<br>☐  Not listed. Explain |
|---|---|---|

| 4.71 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.35**<br>☐  Not listed. Explain |
|---|---|---|

| 4.72 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.39**<br>☐  Not listed. Explain |
|---|---|---|

| 4.73 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN 55402 | Line **3.10**<br>☐  Not listed. Explain |
|---|---|---|

| 4.74 | Nichols Kaster, PLLP<br>4600 IDS Ctr # 80S<br>Minneapolis, MN | Line **3.61**<br>☐  Not listed. Explain |
|---|---|---|

| 4.75 | Nichols Kaster, PLLP-MN<br>80 S 8th Street 4600 IDS Ctr<br>Minneapolis, MN 55402 | Line **3.38**<br>☐  Not listed. Explain |
|---|---|---|

| 4.76 | Nichols Kaster, PLLP-MN<br>80 S 8th Street 4600 IDS Ctr<br>Minnieapolis, MN 55402 | Line **3.11**<br>☐  Not listed. Explain |
|---|---|---|

| 4.77 | Nichols Kaster, PLLP-MN<br>80 S 8th Street 4600 IDS Ctr<br>Minnieapolis, MN 55402 | Line **3.13**<br>☐  Not listed. Explain |
|---|---|---|

| 4.78 | Nichols Kaster, PLLP-MN<br>80 S 8th Street 4600 IDS Ctr<br>Minneapolis, MN | Line **3.64**<br>☐  Not listed. Explain |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 206,020.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 206,020.00 |

**Fill in this information to identify the case:**

Debtor name    **WBY, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Lease for 4075 Buford Hwy NE Atlanta, GA** | |
| State the term remaining | **C. Gary Evans 10072 Fitzgerald Rd Jonesboro, GA 30238-6447** |
| List the contract number of any government contract **Lease on business building** | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Contract for general liability and worker's compensation insurance** | |
| State the term remaining **March, 2016** | **IPFS Corporation PO Box 730223 Dallas, TX 75373-0223** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **WBY, INC.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,**
**Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the
creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ _____ City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

IN RE:                                              Case No. _____

**WBY, INC.** _____      Chapter **11** _____
_____Debtor(s)_____

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury —

(1) My attorney is filing on my behalf

☑ the original of or ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☑ * Petition | ☑ Schedule F |
| ☑ List of all Creditors | ☑ Schedule G |
| ☑ * List of 20 largest creditors | ☑ Schedule H |
| ☑ Schedule A | ☐ Schedule I |
| ☑ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☑ * Declarations Concerning Debtor's Schedules |
| ☑ Schedule D | ☐ * Statement of Financial Affairs |
| ☑ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Dated: **February 1, 2016** _____    Signature:    _____/s/ Surrey R. White_____

                                              Type or Print Name:    **Surrey R. White**_____


                                              Signature:    _____

                                              Type or Print Name:    _____
                                              (If Joint Debtors, Both Must Sign)

### Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s)(or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Dated: **February 1, 2016** _____

                                              Type or Print Name:    _____/s/ Edward F. Danowitz_____

                                                                      **Edward F. Danowitz**_____

                                                                      Bar Number: _____

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

<table>
<tr><td colspan="2">**Fill in this information to identify the case:**</td></tr>
</table>

Debtor name        **WBY, INC.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  1, 2016**         X **/s/ Surrey R. White**
                                                Signature of individual signing on behalf of debtor

                                             **Surrey R. White**
                                             Printed name

                                             **CEO/President**
                                             Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia, Atlanta Division

In re    **WBY, INC.** _____    Case No. _____

Debtor(s)                          Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .............................................    $ _____

Prior to the filing of this statement I have received .............................    $ _____

Balance Due .................................................................................    $ _____

☑ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ........    $        **30,000.00**

The undersigned shall bill against the retainer at an hourly rate of ..........    $          **325.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☐ Debtor        ☑ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
     **$1717.00 tendered by Debtor for filing fee for Chapter 11 bankruptcy**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re  **WBY, INC.**                                                    Case No. _____

—————————————————————————
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**February  1, 2016**                              **/s/ Edward F. Danowitz**
———————————————————          ————————————————————————
*Date*                                             **Edward F. Danowitz**
                                                   *Signature of Attorney*
                                                   **Danowitz & Associates, PC**

                                                   **300 Galleria Pkwy SE Ste 960**
                                                   **Atlanta, GA 30339-5949**

                                                   **edanowitz@danowitzlegal.com**
                                                   ————————————————————————
                                                   *Name of law firm*