**IT IS ORDERED as set forth below:**



**Date: April 12, 2016**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WBY, INC., | ) | CHAPTER 11 |
| | ) | Case No. 16-52291-JRS |
| Debtor. | ) | |
| _____ | ) | |

## ORDER GRANTING DISCOVERY PURSUANT TO RULE 2004

Upon consideration of the Motion of Claimant Tiara Payne ("Payne"), who filed an arbitration demand with the American Arbitration Association against Debtor WBY, Inc. d/b/a The Follies ("Debtor"), styled *Payne v. WBY, Inc.*, AAA No. 01-14-0000-5109, Claimant Tashia Anderson ("Anderson"), who filed an arbitration demand with the American Arbitration Association against Debtor, styled *Anderson v. WBY, Inc.*, AAA No. 011400009235, and Plaintiff Kristin Journigan, on behalf of herself and a conditionally certified collective of

similarly-situated entertainers ("Journigan" and collectively "Plaintiffs"[1]), who assert claims filed in the United States District Court for the Northern District of Georgia (the "District Court"), styled *Kristin Journigan v. WBY, Inc., d/b/a The Follies* (Civil Action Number 14-00913-SCJ) (as further described below, the "Collective Action") (Plaintiffs together with Payne & Anderson are collectively, "Movants"), for an Order Pursuant to Rule 2004 Authorizing Examination of and Directing Production of Documents by Debtor WBY, Inc. ("Debtor"),

IT IS HEREBY ORDERED that the Motion is GRANTED, and Movants are authorized to examine Debtor at a mutually agreeable time and place, provided that such examination occurs on or before May 31, 2016. Debtor is ordered to produce all information requested in the Motion, subject to objection, and may comply with the order to produce documents by mailing the requested information via first-class U.S. Mail to Lisa Wolgast, Morris, Manning & Martin, LLP, 1600 Atlanta Financial Center, 3343 Peachtree Road, N.E., Atlanta, Georgia 30326 on or before May 6, 2016, or by such other date as the parties may mutually agree.

IT IS HEREBY FURTHER ORDERED that the date and time of this examination is subject to objection within ten (10) days of service of this Order.

IT IS HEREBY FURTHER ORDERED that this Order is without prejudice to Movant's right to request additional or supplemental information and documents from Debtor or to

---

[1] "Plaintiffs" as used herein collectively refers to: Tara Allen, Sara Asenjo, Syreeta Ballard, Soraya Barker, DeShaun Bennett, Romae Bisnott, Xica Brewer, Ashley Briscoe, Tricia Brittain, Jasmine Brodie, Bianca Brunetti, Lauren Buck, Quanna Clinkscale, Allison Colin, Channing Collins, Alicia Correia, Marian DeJesus, Story Dean, Tanesha Dedier, Amy Dexa, Lynne Donaghey, Tiffany Donahue, Moseka Edjidimo, Joanne Ginoris, Joycelyn Glenn, Christina Goodwin, Gina Granat, Verinqua Grier, Tulethia Hambrick, Elizabeth Harris, Deresa Haydon, Shiekka Hereford, Saria Hickman, Andrea Howard, Marcie Huggard, Andrea Ingram, Amber Jefferson, Kesha Johnson, Kristen Jones, Tiffiny Jones, Kristin Journigan, Cristina Kellogg, Ciara Kirksey, Whitney Lancaster, Angie Lance, Danielle Layssard, Tara Lester, Simone McCoy, Lakeshia Mcnulty, Whitney Miller, Josenia Molina, Lydia Parvanta, Iyonna Patillo, Lizbeth Pena, Muhammadar Reddick, Joy Richardson, Laura Rodgers, Kierra Rose, Shandida Sampson, Allyson Shepard, Claire Shepard, Christa Small, Autumn Smith, Darrien Thomas, Bianca Turner, Lekesha Watkins, Andrea Williams, Brandi Williams, and Kira Wright.

examine Debtor on additional matters, whether by supplemental motion pursuant to Rule 2004 or by agreement of the parties.

**Prepared and presented by:**

/s/ Lisa Wolgast
Lisa Wolgast, Georgia Bar No. 773399
MORRIS, MANNING & MARTIN LLP
3343 Peachtree Rd., N.E., Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 233-7000
lwolgast@mmmlaw.com
*Attorneys for Movants*

## DISTRIBUTION LIST:

**Edward F. Danowitz, Jr.**
**Karen L. Kropp**
Danowitz & Associates, P.C.
Suite 960
300 Galleria Parkway NW
Atlanta, Georgia 30339

**WBY, Inc.**
c/o Surrey White, President
4075 Buford Hwy.
Atlanta, Georgia 30345

**Charles R. Bridgers**
DeLong Caldwell Bridgers, LLC
3100 Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303

**Lisa Wolgast**
Morris, Manning & Martin, LLP
3343 Peachtree Rd., N.E., Suite 1600
Atlanta, Georgia 30326

**Thomas W. Dworschak**
Office of the U.S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Rebekah L Bailey**
Nichols Kaster, PLLP
80 South Eighth Street
4600 IDS Center
Minneapolis, MN 55402

**Doroteya N. Wozniak**
**Kim H. Stroup**
James-Bates-Brannan-Groover-LLP
Suite 1700
3399 Peachtree Road, NE
Atlanta, GA 30326