**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**WBY, INC. a/k/a FOLLIES,**<br><br>     **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 16-52291-jrs** |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(B)
AND REQUEST FOR COPIES OF ALL
<u>NOTICES, DOCUMENTS, COPIES AND PLEADINGS</u>**

　　　　PLEASE TAKE NOTICE that the undersigned, Leon S. Jones, hereby enters this Notice of Appearance as counsel of record for LaToya Becton, Latisha Blake, Shanterria Cameron, Donjanae Grant, Shelldon Hailey, Ayala Talley, Karenna Van Hook, and Ebony Yarbrough creditors (the "Creditors") of the Debtor in the above-referenced case.

　　　　Further, the Creditors hereby request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, Georgia 30309

This request encompasses, but is not limited to, all notices, copies, documents, and pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017, 4001 or 9007 of the Bankruptcy Rules including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, papers, requests, applications, or any other documents brought before this Court in this case.

　　　　This Notice of Appearance shall not be construed or deemed to be acquiescence or consent by the Creditors to jurisdiction or venue in this Court. The Creditors specifically reserve the right to object to the jurisdiction and venue of this Court.

　　　　This 25th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　**JONES & WALDEN, LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Leon S. Jones*
　　　　　　　　　　　　　　　　　　　　Leon S. Jones
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 003980
　　　　　　　　　　　　　　　　　　　　Attorney for Creditors
　　　　　　　　　　　　　　　　　　　　21 Eighth Street, NE
　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　　　(404) 564-9300

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>**WBY, INC. a/k/a FOLLIES,**<br><br>   **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 16-52291-jrs** |

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the "NOTICE OF APPEARANCE" via U.S. Mail with appropriate postage affixed thereto to ensure delivery upon the following:

Office of the United States Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Edward F. Danowitz, Jr.
Danowitz & Associates, P.C.
300 Galleria Parkway, NW
Suite 960
Atlanta, Georgia 30339

This 25th day of May, 2016.

**JONES & WALDEN, LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Attorney for Creditors
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300

2