**IT IS ORDERED as set forth below:**



Date: May 31, 2018

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16-52291-JRS |
| WBY, INC., | ) | |
| | ) | CHAPTER 11 |
| Debtor(s). | ) | |
| _____ | ) | JUDGE SACCA |
| | ) | |

ORDER AND NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference in the above styled bankruptcy case shall be held in Courtroom **1404**, United States Courthouse, 75 Ted Turner Drive, S.W., ATLANTA, GA, at **2:00 P.M.** on the **19**th day of **June, 2018**.

**END OF ORDER**

**WBY, Inc**
269 Peachtree St. NW
Suite 401
Atlanta, GA 30303-1253

**Edward F. Danowitz**
Danowitz Legal, P.C.
300 Galleria Parkway, SE
Suite 960
Atlanta, GA 30339-5949

**Thomas Wayne Dworschak**
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30350

**Jason J. DeJonker**
Bryan Cave LLP
161 N. Clark, Suite 4300
Chicago, IL 60601

**Leon S. Jones**
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

**Rebekah L Bailey**
Nichols Kaster, PLLP
80 South Eighth Street
4600 IDS Center
Minneapolis, MN 55402

**Ainsworth G Dudley**
Suite 200, Building One
4200 Northside Parkway
Atlanta, GA 30327

**Mark I. Duedall**
Bryan Cave Leighton Paisner LLP
One Atlantic Center - 14th Floor
1201 W. Peachtree Street, NW
Atlanta, GA 30309-3488

**Lisa McVicker Wolgast**
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

**Tamara Ogier**
Ogier Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031

**Brian C. Walsh**
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102