IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-52291-JRS |
| | ) | |
| WBY, INC., d/b/a FOLLIES, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**CLAIMANTS' WITNESS LIST REGARDING MOTION FOR ORDER ESTIMATING CERTAIN CLAIMS FOR PURPOSES OF THE RESERVE FUND**

On October 16, 2017, the above-captioned debtor and debtor-in-possession ("Debtor") filed its *Motion For Order Estimating Certain Contingent Or Unliquidated Claims Under Bankruptcy Code Sections 105(a) And 502(c)* [Dkt. No. 560], which equity holders and parties-in-interest Steve Youngelson and Surrey R. White ("Equity Holders") joined by a pleading dated October 7, 2017 [Dkt. No. 561] (collectively, the "Claims Estimation Motion"). On June 18, 2018, Claimants represented by Messrs. Ainsworth Dudley and Leon Jones (the "Dudley Claimants") have filed objections and/or responses in opposition to the Claims Estimation Motion [Dkt. No. 578]. Each of these Dudley Claimants has filed a proof of claim (each a "Claim") in the above-captioned bankruptcy case (the "Bankruptcy Case"), and has asserted their Claim against Debtor pursuant to Class C of the Plan (as defined below). The Court shall hold a hearing (the "Hearing") in order to set and estimate damages for purposes of setting the amount to be paid into and held in the reserve account.

Claimants *may* call the following individuals as witnesses during the evidentiary hearing:

1. Mikki Williams
2. Karenna Van Hook
3. Jessica Saunders
4. Hailey Lytle

5. Grace King

6. Ebony Yarbrough

7. Cydney Bell

8. Courtney Sacdalan

9. Shanterria Cameron

10. Toni Davis

11. Samantha Schaffer

12. Rodrina Brooks

13. Constance Smith

14. Courtney Ellington

15. Soraya Barker

16. Noelle Green

17. Brezzy Hurst

18. Steven Youngelson

19. Surrey White

20. Edward "Cain" Allen (Follies' Manager)

21. Steven Shine (Follies' Manager)

22. Abigail Dunahoo (Follies' house mom)

23. Sabrina Kester (Follies' house mom)

24. Ainsworth Dudley (fees)

25. Leon Jones (fees)

26. Tamera Ogier (fees)

27. Jonah Flynn (fees)

28. Bennet Alsher (good faith/willfulness)

29. Tamika Nordstrom (good faith/willfulness)

30. Erica Mason (good faith/willfulness/fees)

31. Mathew Herrington (fees)

32. Harlan Miller (fees); and

33. Jason DeJonker (fees).

The Dudley Claimants reserve the right to call rebuttal witnesses as necessary, to call any witness identified or called by another party or by the Court, and not to call any witness identified above. The Dudley Claimants reserves the right to amend or supplement this witness list. The Dudley Claimants may introduce testimony by deposition transcript of any of the foregoing witnesses which have been deposed in this bankruptcy case.

Respectfully submitted this 26th day of April, 2019.

**JONES & WALDEN, LLC**

*/s/ Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
ljones@joneswalden.com

and

*/s/ Ainsworth Dudley*
Ainsworth Dudley
[by Leon S. Jones with permission]
Georgia Bar No. 231745
Building One, Suite 200
4200 Northside Parkway
Atlanta, Georgia 30327
(404) 687-8205
dudleylaw@imnisp.com
Attorney for Dudley Claimants

3