**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**WBY, INC. D/B/A FOLLIES,**<br><br>    **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 16-52291-JRS** |

**NOTICE OF HEARING ON MOTION FOR CONTEMPT**

PLEASE TAKE NOTICE that on June 4, 2021, the Class C Creditors[1] filed a *Second Motion for Contempt for Failure to Make Reserve Account Payment* ("Motion") (Doc. No. 792).

PLEASE TAKE FURTHER NOTICE that the Court shall hold an in-person hearing to consider approval of the Motion on the **17th day of June, 2021, at 2:30 p.m., in Courtroom 1404, U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303.** *Parties will be allowed to appear telephonically for the hearing instead of in-person. Parties wishing to appear telephonically should notify Chambers of such request prior to June 17, 2021.*

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, United States Courthouse, Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 4th day of June, 2021.

                **JONES & WALDEN LLC**
                */s/ Thomas T. McClendon*
                Thomas T. McClendon
                Georgia Bar No. 431452
                Attorneys for Class C Creditors
                699 Piedmont Avenue, NE, Atlanta, Georgia 30308
                (404) 564-9300
                tmcclendon@joneswalden.com

---

[1] The Class C Creditors are Soraya Barker, Mikki Williams, Karenna Van Hook, Jessica Saunders, Hailey Lytle, Grace King, Ebony Yarbrough, Cydney Bell, Courtney Sacdalan, Shanteria Cameron, Toni Davis, Samantha Schaffer, Rodrinna Brooks, Constance Smith, Courtney Ellington, and Noelle Greene.

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>WBY, INC. D/B/A FOLLIES,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 16-52291-JRS |

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing *Notice of Hearing on Motion for Contempt* (the "Notice") was electronically filed using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Rebekah L Bailey**   bailey@nka.com
- **Charles R. Bridgers**   charlesbridgers@dcbflegal.com, sarahtoenes@dcbflegal.com;ima@dcbflegal.com
- **Edward F. Danowitz**   edanowitz@danowitzlegal.com, kkropp@danowitzlegal.com
- **Ainsworth G. Dudley**   adudleylaw@gmail.com
- **Mark I. Duedall**   Mark.Duedall@bclplaw.com, debbie.hopkins@bclplaw.com
- **Thomas Wayne Dworschak**   thomas.w.dworschak@usdoj.gov, ltctommyd@aol.com
- **Karen L. Kropp**   G27781@notify.cincompass.com
- **Erica V. Mason**   Erica.mason@akerman.com, tosha.randolph@akerman.com;anita.coleman@akerman.com
- **Mary Elizabeth O'Neill**   elizabeth.oneill@wbd-us.com, vicki.distaso@wbd-us.com
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov
- **Tamara Miles Ogier**   tmo@orratl.com, apr@orratl.com;jc@orratl.com;tmo@trustesolutions.net
- **John K. Rezac**   jrezac@taylorenglish.com, twesley@taylorenglish.com
- **Kim H. Stroup**   kstroup@jamesbatesllp.com
- **Brian C. Walsh**   brian.walsh@bclplaw.com
- **Matthew M. Weiss**   nbennett@fmglaw.com
- **Lisa McVicker Wolgast**   lwolgast@mmmlaw.com, twagner@mmmlaw.com
- **Doroteya N. Wozniak**   dwozniak@jamesbatesllp.com, bhenderson@jamesbatesllp.com

This 4th day of June, 2021.

                                              **JONES & WALDEN LLC**
                                              */s/ Thomas T. McClendon*
                                              Thomas T. McClendon
                                              Georgia Bar No. 431452
                                              Attorneys for Class C Creditors
                                              699 Piedmont Avenue, NE, Atlanta, Georgia 30308
                                              (404) 564-9300
                                              tmcclendon@joneswalden.com